## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MEREDITH CORPORATION,<br>1716 Locust Street<br>Des Moines IA 50309-3023 | ) ) ) ) |  |
| Plaintiff, | ) ) ) |  |
| vs. | ) ) | Case No. |
| HOME INTERIORS & GIFTS, INC.,<br>1649 Frankford Road West<br>Carrollton, TX 75007 | ) ) ) ) |  |
| Defendant. | ) ) ) ) |  |

## COMPLAINT

Plaintiff Meredith Corporation, for its Complaint against Defendant Home Interiors & Gifts, Inc., states as follows:

### Jurisdiction and Venue

1.    The Court has jurisdiction over Counts I, IV and V of the Complaint pursuant to 28 U.S.C. § 1332, in that the parties are corporations of different states and the amount in controversy exceeds $75,000.  This Court has jurisdiction over Counts II and III of the Complaint pursuant to 28 U.S.C. § 1331 (in that they are claims arising under the laws of the United States), 15 U.S.C. § 1121 (in that they are claims arising under The Lanham Act), and 15 U.S.C. § 1338(a) (in that they are claims arising under an Act of Congress relating to trademarks).

2.    Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) and (c) and pursuant to agreement of the parties.

### Parties

3.      Plaintiff Meredith Corporation ("Meredith") is a corporation organized and existing under the laws of the State of Iowa, with its principal corporate offices located in the City of Des Moines, Iowa.

4.      Defendant Home Interiors & Gifts, Inc. ("HIG") is a corporation organized and existing under the laws of the State of Texas, with its principal corporate offices located in the City of Carrollton, Texas.

### Background

#### A.      Meredith's Trademark Rights.

5.      Founded in 1902, Meredith Corporation is one of the nation's leading marketing and media companies. Meredith's businesses include magazine publishing, television broadcasting, integrated marketing and interactive media. Meredith is the leading publisher serving women, reaching over 75 million women every month. *Better Homes and Gardens*®, Meredith's flagship and most valuable brand, is one of the most recognized and trusted brands in America. The *Better Homes and Gardens*® magazine itself, founded in 1922, is today one of the largest magazines in the U.S., reaching over 40 million households each month. In 2007, the *Better Homes and Gardens*® magazine was named "Magazine of the Year" by Advertising Age. In addition, over the years, Meredith has successfully extended the *Better Homes and Gardens*® brand across a wide variety of media platforms to serve the female consumer, providing information and inspiration in the home and family areas. For example, Meredith sells over 200 special interest publications under the *Better Homes and Gardens*® brand; it publishes numerous books under the brand, led by the *Better Homes and Gardens*® *Cookbook*, which originally launched in 1932, and is one of the best selling non-fiction books of all time; *BHG.com* is the

leading home destination Internet portal in the U.S., attracting over 5 million unique visitors each month; and Meredith has recently launched both mobile programs and an Internet broadband network under the *Better Homes and Gardens*® brand.

6.     As the owner and publisher of *Better Homes and Gardens*® magazine, Meredith is also the owner and holder of the *Better Homes and Gardens*® trademark. Meredith's *Better Homes and Gardens*® trademark is federally registered with the United States Patent and Trademark Office for monthly publications (U.S. Reg. No. 203,616, issued Sept. 22, 1925), for a monthly magazine (U.S. Reg. No. 721, 355, issued Sept. 12, 1961 and U.S. Reg. No. 754, 656, issued Aug. 13, 1963) and for periodically printed publications, namely magazines featuring articles and information of general interest subject matter (U.S. Reg. No. 2802181, issued Jan. 6, 2004). Meredith has obtained additional federal registrations for the *Better Homes and Gardens*® mark for a variety of other goods and services relating to the home, home improvement, home décor, gardening and cooking and for products found in the home (including U.S. Reg. Nos. 1127616, 1127617, 1155530, 1496734, 1573340, 1581260, 2701851, 2868633, 3316564, 2866924, 2979393, 2921793, 3091374, 3091375, 3091547, 3166378, 3256938 and 3277245). (The foregoing marks shall be referred to, collectively, as the "Better Homes and Gardens® Marks").

7.     Since at least as early as September 16, 1968, Meredith has used a "Plaid Checker Board" design mark to promote its goods and services. That mark is also federally registered with the United States Patent and Trademark Office (U.S. Reg. No. 1,231,837, issued Mar. 22, 1983). (The *Better Homes and Gardens*® Marks and the Plaid Checker Board design mark shall be referred to, collectively, as the "Meredith Marks").

3

8.     The federal registrations for the *Better Homes and Gardens*® mark for publications and for various of the other goods and services described above and the Plaid Checker Board design mark are incontestable within the meaning of the Lanham Act.

9.     Meredith's use of the Meredith Marks has been continuous and the sale of products under the Meredith Marks have been substantial. Meredith has invested a substantial amount of time, money and other resources to promote, advertise and protect the Meredith Marks and the products and services sold thereunder.

10.    As a result of Meredith's sales and promotion of products and services under the Meredith Marks, the Meredith Marks have acquired, in the minds of the public, a secondary meaning and have become distinctive marks denoting authenticity, care, skill, industry, reliability, and high quality to the eye and mind of the public. As a further result of sales and promotion of its products and services under the Meredith Marks, the Meredith Marks are generally recognized by the public as being associated exclusively with the goods and services of Meredith.

11.    Because of such reputation and public awareness, Meredith has established valuable goodwill in connection with sales and promotion of its products and services under the Meredith Marks, and said marks have become famous. The goodwill associated with the Meredith Marks is one of Meredith's most valuable assets.

12.    As the owner of the Meredith Marks, Meredith is authorized to enter into license agreements with third parties (licensees). These license agreements generally allow licensees to utilize the Meredith Marks in connection with the promotion and sale of the licensees' products or services, conditioned upon and subject to the provisions in those agreements. The use of the Meredith Marks by licensees is subject to the control of Meredith and all such use of the

4

Meredith Marks inures to the benefit of Meredith. By way of example, since at least 1998, Meredith has licensed Wal-Mart to use the *Better Homes and Gardens®* mark in connection with outdoor living and other products.

**B.      Agreement with HIG.**

13.      HIG is engaged in the manufacture, promotion and sale of home decorating products.

14.      In approximately 2003, HIG approached Meredith with a request for a license to use the Meredith Marks in connection with the promotion and sale of its products within a specific territory and channels of distribution.

15.      On June 8, 2003, Meredith and HIG entered into the "Meredith Corporation— Home Interiors & Gifts, Inc. Strategic Alliance," including certain "Terms and Conditions" (collectively, the "Agreement") providing for the grant to HIG of a limited license to use the Meredith Marks for home decorative products (many of which are the subject of the federal registrations or pending applications for registration of the Meredith Marks), in accordance with the specific terms of the Agreement. The license grant to HIG and Meredith's permission for HIG to continue to use the Meredith Marks is conditioned upon and subject to HIG's compliance with the terms and conditions of the Agreement, including the provisions for payment of royalties.

16.      The Agreement was subsequently amended on four occasions. Among other things, these amendments generally accommodated HIG's requests to increase the number of its products that could be promoted through the use of the Meredith Marks.

17.      In consideration of the grant of its license, the Agreement requires HIG to pay certain minimum royalties to Meredith ("Guaranteed Annual Minimum Royalty") in specific

5

amounts and according to the terms set forth in the Agreement. The Agreement further requires HIG to pay Meredith royalties calculated on net sales of licensed products, based on written reports, which HIG is required to provide to Meredith.

18.     Pursuant to the Agreement, for calendar year 2007, HIG was required to pay a Guaranteed Annual Minimum Royalty in the amount of three million five hundred thousand dollars ($3,500,000).

19.     Notwithstanding the express terms of the Agreement, HIG has failed to pay one million dollars ($1,000,000) of its Guaranteed Annual Minimum Royalty for 2007, which amount was due as of January 30, 2008.

20.     On February 8, 2008, Meredith provided HIG formal notice of its default under the Agreement and demanded payment of the past due amounts. Meredith further demanded immediate delivery of the above-referenced reports that HIG is required to provide pursuant to the Agreement.

21.     Despite Meredith's demand for payment and reports pursuant to the Agreement, HIG has failed and refused to tender such payment and has failed to tender such reports. Despite such failures, it continues to use the Meredith Marks in connection with the promotion and sale of its products to the public.

## COUNT I

## (BREACH OF CONTRACT)

22.     Meredith realleges and incorporates by reference Paragraphs 1-21, inclusive, as though fully set forth herein.

23.     Meredith has fully performed all of its obligations under the Agreement.

24.     HIG has breached the Agreement by, among other things, failing and refusing to provide payment of the royalties required to be paid pursuant to the Agreement, by failing to

6

deliver the written reports it is required to make pursuant to the Agreement, and by continuing to use the Meredith Marks in connection with the promotion and sale of its products to the public, despite its failure to pay the Guaranteed Annual Minimum Royalty for 2007.

25.     Meredith has sustained and continues to sustain monetary and other damages as a direct and proximate result of HIG's breach.

## COUNT II

## (LANHAM ACT - TRADEMARK INFRINGEMENT –

### REGISTERED MARKS)

26.     Meredith realleges and incorporates by reference Paragraphs 1-25, inclusive, as though fully set forth herein.

27.     This Count arises under Section 32(1)(a) of the Trademark Act of 1946, as amended ("Lanham Act"), 15 U.S.C. § 1114(1)(a).

28.     The license grant to HIG and Meredith's permission for HIG to continue to use the Meredith Marks is conditioned upon and subject to HIG's compliance with the terms and conditions of the Agreement, including the provisions for payment of royalties and the delivery of the written reports it is required to make pursuant to the Agreement. However, HIG has failed to pay one million dollars ($1,000,000) of its Guaranteed Annual Minimum Royalty for 2007, which amount was due as of January 30, 2008, and failed to deliver the written reports it is required to make pursuant to the Agreement. Therefore, until HIG makes the required payment and delivers the required reports under the Agreement, it is not authorized to use the Meredith Marks.

29.     HIG's unauthorized use of the federally registered Meredith Marks creates the likelihood that the public will be confused as to the source, sponsorship or affiliation of the goods of HIG, or will be led to believe mistakenly that the use of the Meredith Marks by HIG is

7

licensed or otherwise authorized, when, in fact, it is not, as a result of which Meredith and the public have been, and are likely to be further, irreparably damaged.

## COUNT III

### (LANHAM ACT - COMMON LAW TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION)

30.     Meredith realleges and incorporates by reference Paragraphs 1-29, inclusive, as though fully set forth herein.

31.     This Count arises under Section 43(a) of the Trademark Act of 1946, as amended ("Lanham Act"), 15 U.S.C. § 1125(a).

32.     The license grant to HIG and Meredith's permission for HIG to continue to use the Meredith Marks is conditioned upon and subject to HIG's compliance with the terms and conditions of the Agreement, including the provisions for payment of royalties and the delivery of the written reports it is required to make pursuant to the Agreement. However, HIG has failed to pay one million dollars ($1,000,000) of its Guaranteed Annual Minimum Royalty for 2007, which amount was due as of January 30, 2008, and failed to deliver the written reports it is required to make pursuant to the Agreement. Therefore, until HIG makes the required payment and delivers the required reports under the Agreement, it is not authorized to use the Meredith Marks.

33.     HIG's unauthorized use of the Meredith Marks create the likelihood that the public will be confused as to the source, sponsorship or affiliation of the goods of HIG, or will be led to believe mistakenly that the use of the Meredith Marks by HIG is licensed or otherwise authorized, when, in fact, it is not, as a result of which Meredith and the public have been, and are likely to be further, irreparably damaged.

8

34.     The unauthorized use by HIG of the Meredith Marks is a false designation of origin as to any goods or services sold, advertised or promoted by HIG and constitutes unfair competition.

35.     HIG's aforesaid acts infringe Meredith's rights; tend to represent falsely that HIG's goods are legitimately connected with Meredith; tend to describe falsely that HIG's goods emanate from or are authorized, sponsored or approved by Meredith; create the likelihood that the public will be confused as to the source, sponsorship or affiliation of the goods of Meredith and HIG, and tend to designate falsely that HIG's goods originate from Meredith, all of which constitute violations of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), as a result of which Meredith and the public have been, and are likely to be further, irreparably damaged.

## COUNT IV

### (COMMON LAW TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION)

36.     Meredith realleges and incorporates by reference the allegations of paragraphs 1-35, inclusive, as though fully set forth herein.

37.     This Count arises under the common law of trademark infringement and unfair competition.

38.     By its above enumerated acts, HIG has unlawfully violated and infringed the rights of Meredith in the Meredith Marks, created the likelihood that the public will be confused as to the source, sponsorship or affiliation of the goods of HIG, or will be led to believe mistakenly that the use of the Meredith Marks by HIG is licensed or otherwise authorized, when, in fact, it is not, as a result of which Meredith and the public have been, and are likely to be further, irreparably damaged.

9

## COUNT V

### (DEMAND FOR ACCOUNTING)

39.     Meredith realleges and incorporates by reference Paragraphs 1-38, inclusive, as though fully set forth herein.

40.     Pursuant to the Agreement, HIG is required to provide Meredith with written reports upon which Meredith can then determine the amount of net sales and royalties to be paid, following the end of each accounting quarter.

41.     Further pursuant to the Agreement, upon Meredith's request, HIG is required to provide a detailed written statement with respect to the prior two years of operations, prepared and certified by HIG's chief financial officer, indicating the number and description of Licensed Products (as that term is defined in the Agreement) sold, gross sales price, and net sales price of the Licensed Products distributed and/or sold by HIG, up to and including the date upon which Meredith made such request.

42.     Meredith has properly made such a request to HIG pursuant to the terms of the Agreement, but HIG has failed to comply with said request.

43.     The Agreement further provides that the amount of royalty due Meredith is the greater of the amount as computed based upon the written reports provided by HIG to Meredith, or the Guaranteed Annual Minimum Royalty.  Such amount cannot be determined without the production of the above-referenced written reports from HIG.

44.     HIG has breached the Agreement by failing to provide the written reports it is required to make, and further by failing to tender the Guaranteed Annual Minimum Royalty now due, and Meredith respectfully requests that the Court issue an Order requiring HIG to provide the accounting and reporting to Meredith, so that the correct and actual royalty amount now due can be assessed and determined.

10

WHEREFORE, Meredith prays the Court enter an Order:

(1) enjoining and restraining HIG, until it has made all payments required under the Agreement (including the Guaranteed Annual Minimum Royalty for 2007) and delivered in good faith to Meredith the written reports it is required to make pursuant to the Agreement, from its continuing breach of the parties' Agreement, including any further use of the Meredith Marks, as more fully described herein, including:

(a) using the Meredith Marks or any term or design confusingly similar thereto as a part of a trademark or service mark alone or in combination with other words, names, headings, styles, designs, titles or marks in connection with selling, offering or advertising any goods or services;

(b) holding itself out as a company authorized to use the Meredith Marks or any marks confusingly similar to the Meredith Marks;

(c) performing any actions or using any words, names, headings, styles, designs, titles or marks, which are likely to cause confusion, to cause mistake or to deceive; or to otherwise mislead the trade or public into believing that Meredith and HIG are in some way connected; or that Meredith is a sponsor of HIG; or that HIG is in some manner affiliated or associated with or under the supervision or control of Meredith; or that the goods or services of HIG originate with Meredith or are conducted or offered with the approval, consent or authorization, or under the supervision of Meredith; or are likely in any way to lead the trade or the public to associate HIG with Meredith; or

(d) using any trade practices whatsoever including those complained of herein, which tend to compete unfairly with or injure Meredith's business and the goodwill attached thereto.

11

(2) requiring that HIG, until it has made all payments required under the Agreement (including the Guaranteed Annual Minimum Royalty for 2007) and delivered in good faith to Meredith the written reports it is required to make pursuant to the Agreement, deliver up to Meredith, at HIG's own expense, all goods, boxes, packaging, stationery, business forms, signs, advertisements, brochures, promotional materials and other written materials that bear the Meredith Marks or any words, names, headings, styles, designs, titles or marks confusingly similar to the Meredith Marks, together with all plates, molds, matrices and other means and materials for making or reproducing the same;

(3) requiring HIG to submit to an accounting pursuant to the terms of the parties' Agreement;

(4) awarding Judgment in favor of Meredith and against HIG, for all damages incurred by Meredith as a result of HIG's breach, in an amount to be determined at trial, together with interest, costs, and reasonable attorney's fees, to the fullest extent allowable by law; and

(5) for such further and additional relief as the Court deems just and equitable in the premises.

Respectfully submitted,

Michael D. Hays (D.C. Bar No. 932418)

Mitchell H. Stabbe (D.C. Bar No. 333427)

Dow Lohnes PLLC
1200 New Hampshire Ave., N.W.
Suite 800
Washington, D.C.  20036-6802
Telephone: (202) 776-2000
Facsimile: (202) 776-2222
mhays@dowlohnes.com
mstabbe@dowlohnes.com

Counsel for Plaintiff Meredith Corporation

Dated: February 15, 2008

## CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Meredith Corporation | Home Interiors & Gifts, Inc. |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **88888**<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT **88888**<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF<br>LAND INVOLVED |
|---|---|
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br><br>Michael D. Hays<br>Dow Lohnes PLLC<br>1200 New Hampshire Avenue, NW Suite 800<br>Washington, D.C. 20036-6802<br>(202) 776-2000 | ATTORNEYS (IF KNOWN) |

### II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff

○ 2 U.S. Government Defendant

○ 3 Federal Question
(U.S. Government Not a Party)

◉ 4 Diversity
(Indicate Citizenship of Parties in item III)

### III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ◉ 5 | ◉ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

| ○ A. *Antitrust* | ○ B. *Personal Injury/ Malpractice* | ○ C. *Administrative Agency Review* | ○ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

| ◉ E. General Civil (Other) | OR | ○ F. Pro Se General Civil |
|---|---|---|

| | | |
|---|---|---|
| **Real Property**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property<br><br>**Personal Property**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | **Bankruptcy**<br>☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**Prisoner Petitions**<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br><br>**Property Rights**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☒ 840 Trademark<br><br>**Federal Tax Suits**<br>☐ 870 Taxes (US plaintiff or defendant<br>☐ 871 IRS-Third Party 26 USC 7609 | **Forfeiture/Penalty**<br>☐ 610 Agriculture<br>☐ 620 Other Food &Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br><br>**Other Statutes**<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation | ☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |

| O  G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | O  H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | O  I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | O  J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans<br>(excluding veterans) |
|---|---|---|---|
| O  K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | O  L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | O  M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | O  N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

**V. ORIGIN**

⊙ 1 Original Proceeding    O 2 Removed from State Court    O 3 Remanded from Appellate Court    O 4 Reinstated or Reopened    O 5 Transferred from another district (specify)    O 6 Multi district Litigation    O 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 U.S.C. §§ 1331, 1332; 15 U.S.C. § 1121; Breach of Agreement by Nonpayment, Violation of Lanham Act, and Demand for Accounting and Injunction.

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23    **DEMAND $** in excess of $75,000   Check YES only if demanded in complaint

**JURY DEMAND:**   YES ☐   NO ☒

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    YES ☐    NO ☒    If yes, please complete related case form.

DATE  02/15/2008    SIGNATURE OF ATTORNEY OF RECORD

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

    I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

    III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

    IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

    VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

    VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.