CO-386-online
10/03

# United States District Court
# For the District of Columbia

Meredith Corporation )
)
)
)
)
vs      Plaintiff )    Civil Action No. _____
)
Home Interiors & Gifts, Inc. )
)
)
Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Meredith Corporation  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Meredith Corporation  which have any outstanding securities in the hands of the public:

The stock of Meredith Corporation is publicly traded. It has no parent companies, subsidiaries or affiliates that have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Michael D. Hays /s/_
Signature

932418
BAR IDENTIFICATION NO.

Michael D. Hays
Print Name

1200 New Hampshire Avenue, NW, Suite 800
Address

Washington     D.C.     20036
City           State    Zip Code

(202) 776-2000
Phone Number