IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MEREDITH CORPORATION, )
   1716 Locust Street )
   Des Moines, IA 50309-3023 )
)
      Plaintiff, )
)
vs. ) Case No. 1:08-cv-00257-RBW
)
HOME INTERIORS & GIFTS, INC., )
   1649 Frankford Road West )
   Carrollton, TX 75007 )
)
      Defendant. )

**DECLARATION OF SCOTT M. DEWOLF IN SUPPORT
OF MOTION FOR ADMISSION PRO HAC VICE**

I, Scott M. DeWolf, do hereby depose and state as follows:

1. My full name is Scott Mark DeWolf.

2. I am a partner with the law firm of Rochelle, Hutcheson & McCullough, LLP, which maintains offices at Bank of America Tower Plano, 101 E. Park Blvd., Suite 951, Plano Texas 75074, telephone number (972) 735-9143, facsimile number (972) 735-9780.

3. I am admitted to practice as a member of the bars of the States of Texas and Michigan, the United States District Court for the Northern District of Texas, and the Eastern District of Texas.

4. Since 1999, I have been and am presently a member in good standing of the bar of the highest court of the State of Texas, where applicant regularly practices law. My Texas state bar license number is 24009990.

5. Since 1999, I have been and am presently a member in good standing of the bar of the highest court of the State of Michigan. My Michigan state bar license number is P60289.

6. I have been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| United States Court of Appeals for the Sixth Circuit | 2000 |
| United States District Court for the Northern District of Texas | 2001 |
| United States District Court for the Southern District of Texas | 2005 |
| United States District Court for the Eastern District of Texas | 2004 |

7. I am a member in good standing of the bars of the courts listed in paragraphs 5 and 6.

8. I have never been disciplined by any bar and am not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. I have never filed for *pro hac vice* admission in the United States District Court for the District of Columbia and do not have an application for membership pending.

10. Local counsel of record associated with this matter is:

| | |
|---|---|
| Name(s) | Martin Lobel<br>D.C. Bar No. 18960<br>Lee E. Helfrich<br>D.C. Bar No. 334557 |
| Address | Lobel Novins & Lamont, LLP<br>888 17th Street N.W.<br>Suite 810<br>Washington, D.C. 20006 |
| Telephone No. | (202) 371-6626 |
| Fax No. | (202) 371-6643 |

11. I have read Local Rules of the United States District Court for the District of Columbia and understand my obligation to comply with the provisions set forth therein.

Dated March 11, 2008

_____
Scott M. DeWolf
Rochelle, Hutcheson & McCullough, LLP
Bank of America Tower Plano
101 E. Park Blvd., Suite 951,
Plano Texas 75074
Telephone: (972) 735-9143
Facsimile: (972) 735-9780
sdewolf@rhmlawyers.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEREDITH CORPORATION,<br>    1716 Locust Street<br>    Des Moines, IA 50309-3023<br><br>        Plaintiff,<br><br>vs.<br><br>HOME INTERIORS & GIFTS, INC.,<br>    1649 Frankford Road West<br>    Carrollton, TX 75007<br><br>        Defendant. | Case No. 1:08-cv-00257-RBW |

**DECLARATION OF SCOTT M. DEWOLF IN SUPPORT
OF MOTION FOR ADMISSION PRO HAC VICE**

I, Scott M. DeWolf, do hereby depose and state as follows:

1. My full name is Scott Mark DeWolf.

2. I am a partner with the law firm of Rochelle, Hutcheson & McCullough, LLP, which maintains offices at Bank of America Tower Plano, 101 E. Park Blvd., Suite 951, Plano Texas 75074, telephone number (972) 735-9143, facsimile number (972) 735-9780.

3. I am admitted to practice as a member of the bars of the States of Texas and Michigan, the United States District Court for the Northern District of Texas, and the Eastern District of Texas.

4. Since 1999, I have been and am presently a member in good standing of the bar of the highest court of the State of Texas, where applicant regularly practices law. My Texas state bar license number is 24009990.

5. Since 1999, I have been and am presently a member in good standing of the bar of the highest court of the State of Michigan. My Michigan state bar license number is P60289.

6. I have been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| United States Court of Appeals for the Sixth Circuit | 2000 |
| United States District Court for the Northern District of Texas | 2001 |
| United States District Court for the Southern District of Texas | 2005 |
| United States District Court for the Eastern District of Texas | 2004 |

7. I am a member in good standing of the bars of the courts listed in paragraphs 5 and 6.

8. I have never been disciplined by any bar and am not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. I have never filed for *pro hac vice* admission in the United States District Court for the District of Columbia and do not have an application for membership pending.

10. Local counsel of record associated with this matter is:

| | |
|---|---|
| Name(s) | Martin Lobel<br>D.C. Bar No. 18960<br>Lee E. Helfrich<br>D.C. Bar No. 334557 |
| Address | Lobel Novins & Lamont, LLP<br>888 17th Street N.W.<br>Suite 810<br>Washington, D.C. 20006 |
| Telephone No. | (202) 371-6626 |
| Fax No. | (202) 371-6643 |

11. I have read Local Rules of the United States District Court for the District of Columbia and understand my obligation to comply with the provisions set forth therein.

Dated March 11, 2008

_____
Scott M. DeWolf
Rochelle, Hutcheson & McCullough, LLP
Bank of America Tower Plano
101 E. Park Blvd., Suite 951,
Plano Texas 75074
Telephone: (972) 735-9143
Facsimile: (972) 735-9780
sdewolf@rhmlawyers.com