IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEREDITH CORPORATION,<br>    1716 Locust Street<br>    Des Moines, IA 50309-3023<br><br>        Plaintiff,<br><br>    vs.<br><br>HOME INTERIORS & GIFTS, INC.,<br>    1649 Frankford Road West<br>    Carrollton, TX 75007<br><br>        Defendant. | Case No. 1:08-cv-00257-RBW |

## MOTION FOR ADMISSION OF KATHLEEN M. PATRICK PRO HAC VICE

Martin Lobel, of the firm Lobel Novins & Lamont, LLP, counsel to Home Interiors & Gifts, Inc. ("Defendant") in the above-captioned case, respectfully requests that the Court enter an order admitting Kathleen M. Patrick of Rochelle, Hutcheson & McCullough, LLP, to practice before this Court *pro hac vice* to act as co-counsel to the Defendant. In support of this motion, the undersigned states as follows:

As evidenced by the attached declaration, Kathleen M. Patrick is counsel in the firm of Rochelle, Hutcheson & McCullough, LLP. She is a member of good standing in the bars of the highest courts of the State of Texas and the United States District Court for the Eastern District of Texas, Northern District of Texas and Southern District of Texas. There are no disciplinary proceedings, complaints for unethical conduct or criminal charges pending against her as a member of the bar in any court or jurisdiction.

WHEREFORE, the undersigned respectfully requests that the Court enter an order admitting Kathleen M. Patrick to practice before this Court *pro hac vice* to act as co-counsel to the Defendant, and grant such other and further relief as this Court deems just and proper.

Date:   March 11, 2008

Respectfully submitted,

/s/ Martin Lobel
Martin Lobel (18960)
Lobel@LNLlaw.com
Lobel Novins & Lamont, LLP
888 17th Street N.W. #810
Washington, D.C. 20006
Telephone (202) 371-6626
Facsimile (202) 371-6643

Counsel for Home Interiors & Gifts, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEREDITH CORPORATION,<br>   1716 Locust Street<br>   Des Moines, IA 50309-3023<br><br>       Plaintiff,<br><br>vs.<br><br>HOME INTERIORS & GIFTS, INC.,<br>   1649 Frankford Road West<br>   Carrollton, TX 75007<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:08-cv-00257-RBW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF KATHLEEN M. PATRICK IN SUPPORT
### OF MOTION FOR ADMISSION PRO HAC VICE

I, Kathleen M. Patrick, do hereby depose and state as follows:

1. My full name is Kathleen Marie Patrick.

2. I am an associate with the law firm of Rochelle, Hutcheson & McCullough, LLP, which maintains offices at 325 N. St. Paul Street, Suite 4500, Dallas, Texas 75201, telephone number (214) 953-0182, facsimile number (214) 953-0185.

3. I am admitted to practice as a member of the bar of the State of Texas and the United States District Court for the Eastern District of Texas, Southern District of Texas and Northern District of Texas.

4. Since 2003, I have been and presently am a member in good standing of the bar of the highest court of the State of Texas, where applicant regularly practices law. My Texas state bar license number is 24037243.

5. I have been admitted to practice before the following courts:

|  | Court: | Admission Date: |
|---|---|---|
|  | United States District Court for the Northern District of Texas | 2003 |
|  | United States District Court for the Southern District of Texas | 2003 |
|  | United States District Court for the Eastern District of Texas | 2003 |

6. I am a member in good standing of the bars of the courts listed above in paragraph five (5).

7. I have never been disciplined by any bar and am not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

8. I have never filed for *pro hac vice* admission in the United States District Court for the District of Columbia and do not have an application for membership pending.

9. Local counsel of record associated with this matter is:

| Name(s) | Martin Lobel<br>D.C. Bar No. 18960<br>Lee E. Helfrich<br>D.C. Bar No. 334557 |
|---|---|
| Address | Lobel Novins & Lamont, LLP<br>888 17th Street N.W.<br>Suite 810<br>Washington, D.C. 20006 |
| Telephone No. | (202) 371-6626 |
| Fax No. | (202) 371-6643 |

10. I have read Local Rules of the United States District Court for the District of Columbia and understand my obligation to comply with the provisions set forth therein.

Dated March 11, 2008

_____
Kathleen M. Patrick
Rochelle, Hutcheson & McCullough, LLP
325 N. St. Paul Street, Suite 4500
Dallas, Texas 75201
Telephone: (214) 953-0182
Facsimile: (214) 953-0185
kpatrick@rhmlawyers.com