UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEREDITH CORPORATION<br>1716 Locust Street<br>Des Moines, IA 50309-3023<br><br>Plaintiff,<br><br>vs.<br><br>HOME INTERIORS & GIFTS, INC.<br>1649 Frankford Road West<br>Carrollton, TX 75007<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO. 1:08-cv-00257 RBW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION TO EXTEND TIME
TO RESPOND TO COMPLAINT**

Defendant Home Interiors & Gifts, Inc. hereby respectfully moves for enlargement of time to respond to the complaint in this action to and including March 24, 2008. Plaintiff Meredith has consented to this motion.

Respectfully submitted,

                /s/ Martin Lobel
Martin Lobel
Lobel Novins & Lamont, LLP
888 17th Street N.W.
Suite 810
Washington, D.C. 20006
Telephone: 202-371-6626
Facsimile: 202-371-6643
Email: lobel@lnllaw.com


and

    /s/ Scott M. DeWolf
Scott M. DeWolf
Kathleen M. Patrick
Rochelle Hutcheson & McCullough, LLP
Bank of America Tower Plano
101 E. Park Blvd., Suite 951
Plano, Texas 75074
Telephone: 972-735-9143
Fax: 972-735-9780
Email: sdewolf@rhmlawyers.com
Email: kpatrick@rhmlawyers.com
**Counsel for Defendant Home Interiors & Gifts, Inc.**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEREDITH CORPORATION<br>1716 Locust Street<br>Des Moines, IA 50309-3023<br><br>Plaintiff,<br><br>vs.<br><br>HOME INTERIORS & GIFTS, INC.<br>1649 Frankford Road West<br>Carrollton, TX 75007<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 1:08-cv-00257 RBW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING CONSENT MOTION TO EXTEND TIME
TO RESPOND TO COMPLAINT**

**IT IS ORDERED** that Defendant HIG's Consent Motion is granted; and

**IT IS ORDERED** that Defendant HIG shall have until **March 24, 2008**, to file its response to Meredith's complaint in this matter.

_____
**UNITED STATES DISTRICT JUDGE**

**AGREED AS TO FORM AND SUBSTANCE:**

**Counsel for Meredith Corporation**


___/s/ Michael D. Hays_____
Michael D. Hays
Email: mhays@dowlohnes.com

-and-


**Counsel for Defendant Home Interiors & Gifts, Inc.**


_____/s/ Martin Lobel_____
Martin Lobel
Email: lobel@lnllaw.com

and

_____/s/ Scott M. DeWolf_____
Scott M. DeWolf
Email:  sdewolf@rhmlawyers.com