IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MEREDITH CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>HOME INTERIORS & GIFTS, INC.,<br><br>Defendant. | Case No. 1:08-cv-00257-RBW |

## MOTION FOR ADMISSION PRO HAC VICE

Michael D. Hays, a member in good standing of this Court, pursuant to Local Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, moves for the admission pro hac vice of James G. Sawtelle, Esquire, to participate as counsel in the above-referenced case.

Mr. Sawtelle has been retained by plaintiff Meredith Corporation ("Meredith") to assist it in this case. In support of this motion, the Declaration of James G. Sawtelle detailing his qualifications for admission is attached.

On April 1, 2008, Meredith counsel's spoke with HIG's counsel in a good faith effort to determine whether HIG opposes Meredith's motion to admit Mr. Sawtelle pro hac vice. HIG's counsel advised Meredith's counsel that HIG has no opposition to said motion.

WHEREFORE, Meredith respectfully requests that James G. Sawtelle be admitted pro hac vice in the above-captioned matter.

Respectfully submitted,

*/s/ Michael Hays*

Michael D. Hays
D.C. Bar No. 932418
Dow Lohnes PLLC
1200 New Hampshire Avenue, N.W.
Suite 800
Washington, D.C. 20036
Tel:   (202) 776-2711
Fax:   (202) 776-2222
mhays@dowlohnes.com

Counsel for Meredith Corporation

April 2, 2008

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing a copy of the foregoing Motion for Admission Pro Hac Vice, Declaration of James G. Sawtelle, and a proposed order were served on the following persons, at their said address, by electronic mail and by first class mail, this 2nd day of April, 2008:

>Martin Lobel, Esq. (lobel@lnllaw.com)
>Lee Ellen Helfrich, Esq. (helfrich@lnllaw.com)
>Lobel, Novins & Lamont, LLP
>888 17th St., N.W.
>Suite 810
>Washington, DC  20006
>
>Scott M. Dewolf, Esq. (sdewolf@rhmlawyers.com)
>Kathleen M. Patrick, Esq. (kpatrick@rhmlawyers.com)
>Rochelle, Hutcheson & McCullough, LLP
>325 N. St. Paul Street, Suite 4500
>Dallas, Texas  75201

_____
Michael D. Hays

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MEREDITH CORPORATION, )
)
Plaintiff, )
)
vs. ) Case No. 1:08-cv-00257-RBW
)
HOME INTERIORS & GIFTS, INC., )
)
Defendant. )
)

### ORDER

UPON CONSIDERATION of Plaintiff's Motion for Admission Pro Hac Vice of James G. Sawtelle, Esquire, and there being no opposition thereto, it is this ____ day of _____, 2008, hereby

ORDERED that the Motion for Admission Pro Hac Vice be, and the same hereby is, GRANTED.

                                                                                                  _____
                                                                                                  Honorable Reggie B. Walton
                                                                                                  United States District Court Judge

-2-

Copies to:

Michael D. Hays, Esq. (mhays@dowlohnes.com)
Mitchell H. Stabbe, Esq. (mstabbe@dowlohnes.com)
Dow Lohnes PLLC
1200 New Hampshire Ave., N.W.
Suite 800
Washington, D.C. 20036-6 802

James G. Sawtelle (jsawtelle@faegre.com)
Faegre & Benson, LLP
1900 Fifteenth Street
Boulder, CO 80302-5414

Martin Lobel, Esq. (lobel@lnllaw.com)
Lee Ellen Helfrich, Esq. (helfrich@lnllaw.com)
Lobel, Novins & Lamont, LLP
888 17th St., N.W.
Suite 810
Washington, DC 20006

Scott M. Dewolf, Esq. (sdewolf@rhmlawyers.com)
Kathleen M. Patrick, Esq. (kpatrick@rhmlawyers.com)
Rochelle, Hutcheson & McCullough, LLP
325 N. St. Paul Street, Suite 4500
Dallas, Texas 75201

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MEREDITH CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>HOME INTERIORS & GIFTS, INC., )<br>)<br>Defendant. )<br>) | Case No. 1:08-cv-00257-RBW |

## DECLARATION OF JAMES G. SAWTELLE

I, James G. Sawtelle, declare as follows:

1. I am a member of the law firm of Faegre & Benson, LLP, 1900 Fifteenth Street, Boulder, Colorado 80302-5414, (303) 447-7768. I make this declaration in support of the Motion for Admission Pro Hac Vice being submitted on my behalf.

2. I have been admitted to practice in the state of Colorado and the state of Iowa, as well as in the following courts: the U.S. Supreme Court, the U.S. Court of Appeals for the Eighth and Tenth Circuits. I am also admitted in the U.S. District Court for the District of Colorado, the Northern District of Iowa and the Southern District of Iowa.

3. I am in good standing and eligible to practice in each of the above-listed courts.

4. My license to practice law has never been restricted, suspended or revoked in any jurisdiction.

5. I have not been admitted pro hac vice in this Court within the last two years.

I declare under penalty of perjury that the information contained in the foregoing declaration is true and correct.

Executed this /st day of April, 2008.

_____
James G. Sawtelle