IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEREDITH CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:08-cv-00257 RBW |
| ) | |
| HOME INTERIORS & GIFTS, INC., ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S NOTICE OF FILING EXHIBIT UNDER SEAL

Plaintiff Meredith Corporation ("Meredith"), by and through its undersigned counsel, pursuant to Local Civil Rule 5.4(e)(1), hereby gives notice that it is filing, under seal, one of the exhibits submitted in connection with its Motion For Preliminary Injunction, namely Exhibit 4 to the Declaration of David S. Johnson in Support of Plaintiff's Motion For Preliminary Injunction. Exhibit 4 is attached to the original of this notice that is being filed by hand with the Clerk. An additional copy of this Notice, without the attached Exhibit 4, is being filed electronically.

Respectfully submitted,

Of Counsel

_/s/ James Sawtelle_
James G. Sawtelle
    by mdh

Faegre & Benson, LLP
1900 Fifteenth Street
Boulder, CO 80302-5414
Telephone: (303) 447-778
Facsimile: (303) 447-7800
jsawtelle@faegre.com

_/s/ Michael Hays_
Michael D. Hays (D.C. Bar No. 932418)
Mitchell H. Stabbe (D.C. Bar No. 333427)

Dow Lohnes PLLC
1200 N. H. Ave., N.W. Ste. 800
Washington, D.C. 20036-6802
Telephone: (202) 776-2000
Facsimile: (202) 776-2222
mhays@dowlohnes.com
mstabbe@dowlohnes.com

Counsel for Plaintiff Meredith Corporation

April 2, 2008

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Filing Exhibit Under Seal was served on the following persons, at their below addresses, by electronic mail and by first class mail, this 2nd day of April, 2008:

>Martin Lobel, Esq. (lobel@lnllaw.com)
>Lee Ellen Helfrich, Esq. (helfrich@lnllaw.com)
>Lobel, Novins & Lamont, LLP
>888 17th St., N.W.
>Suite 810
>Washington, DC 20006
>
>Scott M. Dewolf, Esq. (sdewolf@rhmlawyers.com)
>Kathleen M. Patrick, Esq. (kpatrick@rhmlawyers.com)
>Rochelle, Hutcheson & McCullough, LLP
>325 N. St. Paul Street, #4500
>Dallas, Texas 75201

/s/ Michael D. Hays
Michael D. Hays