IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEREDITH CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HOME INTERIORS & GIFTS, INC.,<br><br>Defendant. | Case No. 1:08-cv-00257 RBW |

**PLAINTIFF'S MOTION FOR
LEAVE TO FILE EXHIBIT UNDER SEAL
AND MEMORANDUM IN SUPPORT THEREOF**

Plaintiff Meredith Corporation ("Meredith"), by and through its undersigned counsel, hereby moves for leave to file under seal one of the exhibits submitted in connection with its Motion For Preliminary Injunction, being filed contemporaneously with this motion. The grounds for this motion are as follows:

Plaintiff Meredith's complaint herein and its Motion For Preliminary Injunction arise from Defendant's unauthorized continued use of Plaintiff's trademarks in violation of a written limited license agreement (the "Limited License Agreement"). The Limited License Agreement itself may be germane to the Court's consideration of the motion and is therefore offered as Exhibit 4 to the Declaration of David S. Johnson ("Johnson Declaration"), submitted in support of Plaintiff's Motion For Preliminary Injunction. The Limited License Agreement, however, provides that certain of its terms are to be treated as confidential.

Local Civil Rule 5.1(j) provides for motions for leave to file documents under seal. Accordingly, pursuant to Local Civil Rule 5.1(j), to allow the Court to have such access to the

Limited License Agreement as may be necessary to decide Plaintiff's Motion For Preliminary Injunction, Plaintiff Meredith requests leave to file this exhibit under seal.

On April 1, 2008, Meredith's counsel spoke with HIG's counsel in a good faith effort to determine whether HIG opposes Meredith's motion for leave to file Exhibit 4 under seal. HIG's counsel advised Meredith's counsel that HIG has no opposition to said motion.

WHEREFORE, Plaintiff requests leave to file the Limited License Agreement, Exhibit 4 to the Johnson Declaration, under seal.

Of Counsel

*James Sawtelle* by MDH

James G. Sawtelle
Faegre & Benson, LLP
1900 Fifteenth Street
Boulder, CO 80302-5414
Telephone: (303) 447-778
Facsimile: (303) 447-7800
jsawtelle@faegre.com

Respectfully submitted,

*Michael Hays*

Michael D. Hays (D.C. Bar No. 932418)
Mitchell H. Stabbe (D.C. Bar No. 333427)

Dow Lohnes PLLC
1200 New Hampshire Ave., N.W.
Suite 800
Washington, D.C. 20036-6802
Telephone: (202) 776-2000
Facsimile: (202) 776-2222
mhays@dowlohnes.com
mstabbe@dowlohnes.com

Counsel for Plaintiff Meredith Corporation

April 2, 2008

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion For Leave To File Exhibit Under Seal And Memorandum In Support Thereof and a proposed order were served on the following persons, at their below addresses, by electronic mail and by first class mail, this 2nd day of April, 2008:

    Martin Lobel, Esq. (lobel@lnllaw.com)
    Lee Ellen Helfrich, Esq. (helfrich@lnllaw.com)
    Lobel, Novins & Lamont, LLP
    888 17th St., N.W.
    Suite 810
    Washington, DC 20006

    Scott M. Dewolf, Esq. (sdewolf@rhmlawyers.com)
    Kathleen M. Patrick, Esq. (kpatrick@rhmlawyers.com)
    Rochelle, Hutcheson & McCullough, LLP
    325 N. St. Paul Street, Suite 4500
    Dallas, Texas 75201

_/s/ Michael D. Hays_
Michael D. Hays

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MEREDITH CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Case No. 1:08-cv-00257 RBW |
| HOME INTERIORS & GIFTS, INC., | ) ) ) | |
| Defendant. | ) ) | |

**ORDER GRANTING PLAINTIFF'S
MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL**

Upon consideration of Motion For Leave To File Exhibit Under Seal of Plaintiff Meredith Corporation against Defendant Home Interiors & Gifts, Inc., the memoranda of points and authorities in support thereof and there being no opposition thereto, it is, this ____ day of April, 2008,

ORDERED that said Motion For Leave to File Exhibit Under Seal be, and hereby is granted; and

FURTHER ORDERED that the Clerk shall keep Exhibit 4 to the Declaration of David S. Johnson, submitted in support of Plaintiff's Motion For Preliminary Injunction, under seal.

 

                                                                                     Honorable Reggie B. Walton
                                                                                     UNITED STATES DISTRICT JUDGE

Copies to:

Michael D. Hays, Esq. (mhays@dowlohnes.com)
Mitchell H. Stabbe, Esq. (mstabbe@dowlohnes.com)
Dow Lohnes PLLC
1200 New Hampshire Ave., N.W.
Suite 800
Washington, D.C. 20036-6802

James G. Sawtelle (jsawtelle@faegre.com)
Faegre & Benson, LLP
1900 Fifteenth Street
Boulder, CO 80302-5414

Martin Lobel, Esq. (lobel@lnllaw.com)
Lee Ellen Helfrich, Esq. (helfrich@lnllaw.com)
Lobel, Novins & Lamont, LLP
888 17th St., N.W.
Suite 810
Washington, DC 20006

Scott M. Dewolf, Esq. (sdewolf@rhmlawyers.com)
Kathleen M. Patrick, Esq. (kpatrick@rhmlawyers.com)
Rochelle, Hutcheson & McCullough, LLP
325 N. St. Paul Street, Suite 4500
Dallas, Texas 75201