# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MEREDITH CORPORATION,<br>     1716 Locust Street<br>     Des Moines, IA 50309-3023<br><br>          Plaintiff,<br><br>vs.<br><br>HOME INTERIORS & GIFTS, INC.,<br>     1649 Frankford Road West<br>     Carrollton, TX 75007<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:08-cv-00257-RBW<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING OF PROPOSED ORDER GRANTING
## MOTION OF SEAN J. MCCAFFITY TO APPEAR *PRO HAC VICE*

Please take notice that the Motion of Sean J. McCaffity to Appear Pro Hac Vice was filed this date [docket no. 13] (the "Motion"). The proposed order granting the Motion was inadvertently omitted when the Motion was filed.

Date:   April 7, 2008

                                                                    Respectfully submitted,


                                                                         /s/ Martin Lobel
                                                                    Martin Lobel
                                                                    D.C. Bar No.  18960
                                                                    Lobel Novins & Lamont, LLP
                                                                    888 17th Street N.W.
                                                                    Suite 810
                                                                    Washington, D.C. 20006
                                                                    Telephone (202) 371-6626
                                                                    Facsimile (202) 371-6643

                                                                    Counsel for Home Interiors & Gifts, Inc.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MEREDITH CORPORATION,<br>    1716 Locust Street<br>    Des Moines, IA 50309-3023<br><br>        Plaintiff,<br><br>    vs.<br><br>HOME INTERIORS & GIFTS, INC.,<br>    1649 Frankford Road West<br>    Carrollton, TX 75007<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:08-cv-00257-RBW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING MOTION OF SEAN J. MCCAFFITY TO APPEAR *PRO HAC VICE***

Having reviewed the Motion of Sean J. McCaffity and finding that he qualifies to appear *pro hac vice* in this case;

**IT IS ORDERED**, that the Motion of Sean J. McCaffity is hereby **GRANTED** and he may appear *pro hac vice* in this case.

_____
**UNITED STATES DISTRICT JUDGE**