UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEREDITH CORPORATION, | ) ) ) |
| Plaintiff | ) ) |
| v. | ) Civil Action No. 08-257 (RBW) ) |
| HOME INTERIORS & GIFTS, INC., | ) ) |
| Defendant. | ) ) ) |

**ORDER**

In accordance with the Court's decision rendered from the bench at the hearing on the Plaintiff Meredith Corporation's Motion for Preliminary Injunction held on April 10, 2008, it is

**ORDERED** that the plaintiff's motion is **DENIED**.

**SO ORDERED** this 14th day of April, 2008.

REGGIE B. WALTON
United States District Judge