UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEREDITH CORPORATION,<br><br>        Plaintiff<br><br>v.<br><br>HOME INTERIORS & GIFTS, INC.,<br><br>        Defendant. | Civil Action No. 08-257 (RBW) |

**ORDER TO SHOW CAUSE**

In accordance with the Court's decision rendered from the bench at the hearing on the Plaintiff Meredith Corporation's Motion for Preliminary Injunction held on April 10, 2008, it is

**ORDERED** that the plaintiff shall show cause in writing why the Court should not dismiss Counts II-IV of its complaint for failure to state a claim upon which relief can be granted on or before April 28, 2008, unless the plaintiff stipulates to the dismissal of those claims prior to that time. It is further

**ORDERED** that the defendant shall file its memorandum in support of dismissal of Claims II-IV of the plaintiff's complaint, if any it intends to file, on or before May 12, 2008. It is further

**ORDERED** that the plaintiff shall file its reply memorandum in support of its response to this order to show cause, if any it intends to file, on or before May 19, 2008.

**SO ORDERED** this 14th day of April, 2008.


REGGIE B. WALTON
United States District Judge