IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MEREDITH CORPORATION, )
)
Plaintiff, )
)
v. ) Case No. 1:08-cv-00257 RBW
)
HOME INTERIORS & GIFTS, INC., )
)
Defendant. )

## NOTICE OF APPEAL

Notice is hereby given that Meredith Corporation ("Meredith"), Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order in this action entered April 14, 2008, which denied Meredith's motion for a preliminary injunction, including any oral orders or opinions embodied in the Court's April 11, 2008 hearing transcript.

## Expedition Requirement

Pursuant to 28 U.S.C. § 1657(a), the Court is required to expedite the consideration of this appeal of the denial of a preliminary injunction.

Respectfully submitted,

Of Counsel

_____  by MDH
James G. Sawtelle

Faegre & Benson, LLP
1900 Fifteenth Street
Boulder, CO 80302-5414
Telephone: (303) 447-778
Facsimile: (303) 447-7800
jsawtelle@faegre.com

_____
Michael D. Hays (D.C. Bar No. 932418)
Mitchell H. Stabbe (D.C. Bar No. 333427)

Dow Lohnes PLLC
1200 New Hampshire Ave., N.W. Ste 800
Washington, D.C. 20036-6802
Telephone: (202) 776-2000
Facsimile: (202) 776-2222
mhays@dowlohnes.com
mstabbe@dowlohnes.com

Counsel for Meredith Corporation

April 18, 2008