IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEREDITH CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HOME INTERIORS & GIFTS, INC.,<br><br>Defendant. | Case No. 1:08-cv-00257 RBW |

### NOTICE OF REQUEST FOR TRANSCRIPT

Pursuant to Federal Rule of Appellate Procedure FRAP Rule 10(b)(A)(iii), notice is hereby given that Plaintiff Meredith Corporation has ordered the transcript of the hearing held on April 11, 2008, on Plaintiff' Motion for Preliminary Injunction. (The transcript has now been filed with the Court.) A copy of the written order is attached.

Respectfully submitted,

Of Counsel

_____
James G. Sawtelle
   by m v H

Faegre & Benson, LLP
1900 Fifteenth Street
Boulder, CO 80302-5414
Telephone: (303) 447-778
Facsimile: (303) 447-7800
jsawtelle@faegre.com

_____
Michael D. Hays (D.C. Bar No. 932418)
Mitchell H. Stabbe (D.C. Bar No. 333427)

Dow Lohnes PLLC
1200 New Hampshire Ave., N.W. Ste 800
Washington, D.C. 20036-6802
Telephone: (202) 776-2000
Facsimile: (202) 776-2222
mhays@dowlohnes.com
mstabbe@dowlohnes.com

Counsel for Plaintiff Meredith Corporation

April 25, 2008

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing "Notice of Request for Transcript" was served on the following persons, at their said address, by electronic mail and by first class mail, this 25nd day of April, 2008:

        Martin Lobel, Esq. (lobel@lnllaw.com)
        Lee Ellen Helfrich, Esq. (helfrich@lnllaw.com)
        Lobel, Novins & Lamont, LLP
        888 17th St., N.W.
        Suite 810
        Washington, DC  20006

        Scott M. Dewolf, Esq. (sdewolf@rhmlawyers.com)
        Kathleen M. Patrick, Esq. (kpatrick@rhmlawyers.com)
        Rochelle, Hutcheson & McCullough, LLP
        325 N. St. Paul Street, Suite 4500
        Dallas, Texas  75201

/s/ Michael D. Hays
Michael D. Hays

## Stabbe, Mitchell

**From:** Stabbe, Mitchell
**Sent:** Tuesday, April 22, 2008 11:51 AM
**To:** fmerana@aol.com
**Cc:** Hays, Michael
**Subject:** RE: Meredith v. HIG, Case No. 1:08-cv-00257 RBW

Ms. Merana,

I am writing to confirm the request of my partner, Michael Hays, for a transcript of the hearing on the plaintiff's motion for preliminary injunction held in the above-referenced matter at 2:30 on Friday, April 11, 2008, before Judge Walton.

Additionally, this will confirm that we received the transcript from you on Friday, April 18, 2008.

Thank you very much,

Mitchell Stabbe

**Mitchell H. Stabbe**
*Attorney at Law*

**DowLohnes** PLLC

1200 New Hampshire Avenue, NW Suite 800
Washington, DC 20036-6802
**T** 202-776-2929
**M** 301-943-4393
**F** 202-776-4929
**E** mstabbe@dowlohnes.com
www.dowlohnes.com

*This message from the law firm of Dow Lohnes PLLC may contain confidential or privileged information. If you received this transmission in error, please call us immediately at (202)776-2000 or contact us by E-mail at admin@dowlohnes.com. Disclosure or use of any part of this message by persons other than the intended recipient is prohibited.*