UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEREDITH CORPORATION )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>HOME INTERIORS & GIFTS, INC. )<br>)<br>Defendant. ) | CASE NO. 1:08-cv-00257 |

SUGGESTION OF BANKRUPTCY

Defendant Home Interiors & Gifts, Inc. ("Home Interiors"), by and through its undersigned counsel, hereby gives notice that on April 29, 2008 (the "Petition Date"), Home Interiors filed a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division. Home Interiors's bankruptcy case has been assigned case number Case No. 08-31961. A copy of the Home Interiors's bankruptcy petition is attached here as "Exhibit A."

Pursuant to Section 301 of the Bankruptcy Code, the filing of Home Interiors's voluntary petition commences its bankruptcy case and constitutes an order for relief under chapter 11 of the Bankruptcy Code. 11 U.S.C. § 301.

Home Interiors respectfully suggests that the above-captioned action has been stayed by the operation of Section 362 of the Bankruptcy Code, which automatically prohibits further pursuit of the claims alleged by Plaintiff Meredith Corporation against Home Interiors in the above-captioned lawsuit.

Respectfully submitted,

| | |
|---|---|
| /s/ Martin Lobel | /s/ Scott M. DeWolf |
| Martin Lobel | Scott M. DeWolf |
| D.C. Bar No. 18960 | TX State Bar No. 24009990 |
| Lee Ellen Helfrich | Kathleen M. Patrick |
| D.C. Bar No. 334557 | TX State Bar No. 24037243 |
| Lobel Novins & Lamont, LLP | Rochelle Hutcheson & McCullough LLP |
| 888 17th Street, N.W., Suite 810 | Bank of America Tower Plano |
| Washington, D.C. 20006 | 101 E. Park Blvd., Suite 951 |
| Telephone: (202) 371-6626 | Plano, Texas 75074 |
| Facsimile: (202) 371-6643 | Telephone: (972) 735-9143 |
| Email: helfrich@lnllaw.com | Fax: (972) 735-9780 |
| lobel@lnllaw.com | Email: sdewolf@rhmlawyers.com |
| | Email: kpatrick@rhmlawyers.com |

**Counsel for Defendant Home Interiors & Gifts, Inc.**

**CERTIFICATE OF SERVICE**

        The undersigned hereby certifies that copy of the foregoing document was served on counsel for Meredith Corporation via e-mail, ECF and/or U.S. Mail on this 6th day of May, 2008:

| | |
|---|---|
| Michael D. Hays<br>Mitchell H. Stabbe<br>DowLohnes PLLC<br>1200 New Hampshire Ave., NW, Ste. 800<br>Washington, D.C. 20036-2222<br>mhays@dowlohnes.com<br>mstabbe@dowlohnes.com | James G. Sawtelle<br>Faegre & Benson, LLP<br>1900 15th Street<br>Boulder, CO 80302-5414<br>jsawtelle@faegre.com |

Clifton R. Jessup, Jr.
Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200
Dallas, TX 75201
jessupc@gtlaw.com

                                            /s/ Scott M. DeWolf
                                               Scott M. DeWolf

B 1 (Official Form 1) (1/08)

**United States Bankruptcy Court**
**Northern District of Texas**

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): **Home Interiors & Gifts, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **75-0981828** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **1649 West Frankford Rd. Carrollton, TX**  ZIP CODE **75007** | Street Address of Joint Debtor (No. and Street, City, and State):  ZIP CODE |
| County of Residence or of the Principal Place of Business: **Denton County** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):  ZIP CODE | Mailing Address of Joint Debtor (if different from street address):  ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):  ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other **Home decor supp. & mfg.**

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box.)
- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors (consolidated basis, see note to Annex A)

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets (consolidated basis, see note to Annex A)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |

Estimated Liabilities (consolidated basis, see note to Annex A)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |

**EXHIBIT A**

B 1 (Official Form 1) (1/08)                                                                     Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Home Interiors & Gifts, Inc. | | |
|---|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | | |
| Location Where Filed: | Case Number: | | Date Filed: |
| Location Where Filed: | Case Number: | | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | | |
| Name of Debtor: See attached Annex A. | Case Number: | | Date Filed: |
| District: Northern District of Texas | Relationship: | | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
    Signature of Attorney for Debtor(s)    (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B 1 (Official Form) 1 (1/08) | Page 3 |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | **Name of Debtor(s):**<br>Home Interiors & Gifts, Inc. |

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney***<br><br>X *[signature]*<br>Signature of Attorney for Debtor(s)<br>Andrew E. Jillson<br>Printed Name of Attorney for Debtor(s)<br>Hunton & Williams, LLP<br>Firm Name<br>1445 Ross Ave., Ste. 3700<br>Address<br>Dallas, TX 75202<br><br>(214) 979-3000<br>Telephone Number<br>4/29/08<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X *[signature]*<br>Signature of Authorized Individual<br>Brian L. Hermes<br>Printed Name of Authorized Individual<br>Secretary<br>Title of Authorized Individual<br>4/29/08<br>Date | |

Annex A

Bankruptcy Cases Concurrently Filed by
Any Affiliate of the Debtor

Contemporaneously herewith, the Debtor and each of the affiliated entities listed below filed in this Court a voluntary petition for relief under chapter 11 of the title 11 of the United States Code[1]:

---

Dallas Woodcraft Company, LLC

DWC GP, LLC

Titan Sourcing, LLC

Laredo Candle Company, LLC

HIG Holdings, LLC

Home Interiors de Puerto Rico, Inc.

---

[1] The number of estimated creditors, assets, and liabilities represents the consolidated financial information of Home Interiors & Gifts, Inc. and its affiliated debtors as set forth hereto. This does not constitute a statement or admission as to the assets of liabilities of any of the debtor entities individually.

RESOLUTIONS ADOPTED BY
BOARD OF DIRECTORS OF
HOME INTERIORS & GIFTS, INC.
April 23, 2008

At a special meeting of the Directors of Home Interiors & Gifts, Inc., a Texas corporation (the "Corporation"), held on April 23, 2008, the Directors did, after review and deliberation, pursuant to applicable sections of the Texas Code, the Corporation's Articles of Incorporation, and the Corporation's By-Laws, consent to and adopt in all respects the following resolutions (the "Resolutions").

RESOLVED, that the Corporation be, and it hereby is authorized to file with the United States Bankruptcy Court for the Northern District of Texas (the "Bankruptcy Court") a voluntary petition pursuant to Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code"), and to perform any and all such acts as the Officers of the Corporation deem to be reasonable, advisable, expedient, convenient, proper, or necessary to effect the foregoing;

FURTHER RESOLVED, that the Officers be, and each of them hereby is, authorized and empowered to execute and deliver and file or cause to be filed with the Bankruptcy Court, on behalf of the Corporation, a voluntary petition of the Corporation pursuant to Chapter 11 of the Bankruptcy Code and any and all other documents necessary or appropriate in connection therewith, each in such form or forms as the Officers, so acting may approve;

FURTHER RESOLVED, that the Corporation be, and it hereby is, as debtor and debtor in possession under Chapter 11 of the Bankruptcy Code, authorized to borrow funds and, to grant security interests in and liens upon all or substantially all of the Corporation's assets;

FURTHER RESOLVED, that the Officers be, and each of them hereby is, authorized and empowered to execute and deliver for and on behalf of the Corporation, as debtor and debtor in possession, such promissory notes, loan agreements, security agreements, and any and all other such agreements, instruments, and documents as may be necessary or appropriate to facilitate the transactions contemplated by the foregoing resolution (the "Financing Documents") and that the Financing Documents containing such provisions, terms, conditions, covenants, warranties, and representations as may be deemed necessary or appropriate by such Officers so acting are hereby approved;

FURTHER RESOLVED, that the Officers be, and each of them hereby is, authorized and empowered to retain, on behalf of the Corporation, the law firm of HUNTON & WILLIAMS, LLP to act as counsel in the representation of the Corporation as debtor and debtor-in-possession, the law firm of ROCHELLE, HUTCHESON & McCULLOUGH, LLP to act as special counsel in any case commenced by it under the Bankruptcy Code and in all matters arising in connection therewith, the business consulting firm of BOULDER INTERNATIONAL, LLC to act as business and restructuring consultant to Corporation, the communications consulting firm THE RICHARDS GROUP as communication consultant to the Corporation, the firm of KURTZMAN CARSON CONSULTANTS, LLC as noticing and balloting agent to the Corporation, and such other officers, attorneys, financial advisors, consultants, expert witnesses, and accountants as the Officers so acting shall deem necessary or appropriate;

FURTHER RESOLVED, after reviewing the proposed agreement between EQUITY PARTNERS, INC. and the Corporation in the form attached hereto, that the Officers be, and each of them hereby is, authorized and empowered to retain, on behalf of the Corporation, the asset/business disposition firm of EQUITY PARTNERS, INC. as marketing agent to dispose of certain properties;

FURTHER RESOLVED, that the Officers be, and each of them hereby is, authorized and empowered to implement the Retention and Incentive plans reviewed by and presented to the Corporation, and any and all other such agreements, instruments, and documents as may be necessary and appropriate to facilitate the transactions contemplated by the foregoing resolutions (the "Bonus Documents"), and that the Bonus Documents containing such provisions, terms, conditions, agreements, warranties, and representations as may be deemed necessary or appropriate by such officers so acting are hereby approved;

FURTHER RESOLVED, that the Officers be, and each of them hereby is, authorized and empowered, on behalf of the Corporation, in connection with any case(s) commenced voluntarily under Chapter 11 of the Bankruptcy Code, to file or cause to be filed with the Bankruptcy Court, Plan(s) of Reorganization, together with any amendments or modifications thereto or restatements thereof (the "Plan") providing for the restructuring and reorganization or liquidation of the Corporation;

FURTHER RESOLVED, that the Officers be, and each of them hereby is, authorized and empowered on behalf of the Corporation, respectively, to file or cause to be filed with the Bankruptcy Code, Disclosure Statement(s) and Solicitation of Ballots for the Plan(s), together with any amendments or modifications thereto, or any restatements thereof containing such information and disclosure as such Officer shall deem necessary or appropriate to confirm the Plan;

FURTHER RESOLVED, that the Officers be, and each of them hereby is, authorized and empowered to close all existing bank accounts of the Corporation and to open debtor-in-possession bank accounts for the Corporation at any authorized depository in compliance with the guidelines of the Office of the U.S. Trustee, and to take or cause to be taken any and all such further action, to execute and deliver any and all such further instruments and documents and to pay all such fees and expenses, as the Officers so acting shall deemed appropriate in his, her, or their judgment to fully carry out the intent and accomplish the purposes of these Resolutions;

FURTHER RESOLVED, that the Officers be, and each of them hereby is, authorized and empowered, for and on behalf of the Corporation, to execute and deliver written consents of the Corporation, in its capacity as the owner of various interests in HIG Holdings, LLC and Laredo Candle Company, LLC, all Texas companies; Home Interiors de Puerto Rico, Inc., a Delaware corporation; and DWC GP, LLC, Titan Sourcing, LLC, and Dallas Woodcraft Company, LLC, all Delaware companies (the "Subsidiaries"), which consents shall provide for, to the extent deemed necessary or advisable by any of the Officers, the amendment the bylaws, regulations, or operating agreements, as the case may be, of the Subsidiaries, the removal of directors, managers, and officers of the Company Subsidiaries, the election or appointment of new directors, managers, and officers for the each Company Subsidiaries, the preparation and filing of a voluntary petitions pursuant to Chapter 11 of the Bankruptcy Code, and such other provisions as the Officers deem necessary or advisable to effectuate the intent of these Resolutions;

**FURTHER RESOLVED,** that Richard Lindenmuth shall be appointed as an Officer or Manager of the Corporation and all of the Subsidiaries listed above, given the title of Chief Restructuring Officer, and conferred with the authority to, subject to the supervision of the Board of Directors of the Corporation and the Boards of Directors or Members of the Subsidiaries, exert general management and control of the business and property of the Corporation and the Subsidiaries in the ordinary course of their businesses with respect to such general management and control as may be reasonably incident to such responsibilities, including, but not limited to, the power to employ, discharge or suspend employees and agents of the Corporation and the Subsidiaries, to fix the compensation of employees and agents, to suspend, with or without cause, any Officer of the Corporation or its Subsidiaries pending final action by the Board of Directors or members of the Corporation or its Subsidiaries with respect to continued suspension, removal, or reinstatement of such Officer or manager, and to agree upon and execute all division and transfer orders, bonds, contracts, and other obligations in the name of the Corporation or its Subsidiaries;

**FURTHER RESOLVED,** that the Directors waived the formal requirements for the convocation of a special meeting of the Board of Directors and consented to the Special Meeting as convened;

**FURTHER RESOLVED,** that all actions heretofore taken by the Officers, in the name of and on behalf of the Corporation, in connection with any of the foregoing matters are hereby in all respects ratified, confirmed, and approved.

IN WITNESS WHEREOF, the Board of Directors of the Corporation did hereby execute these Resolutions as of the 23rd day of April, 2008.

**CORPORATE SECRETARY:**

_____
Brian L. Hermes