UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MEREDITH CORPORATION, | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 08-257 (RBW) |
| HOME INTERIORS & GIFTS, INC., | ) |
| Defendant. | ) |

**ORDER**

In light of the suggestion of bankruptcy filed by the defendant on May 6, 2008, and in accordance with the stay of this case arising automatically pursuant to 11 U.S.C. § 362(a)(1) (2000), it is

**ORDERED** that this case is **STAYED**. It is further

**ORDERED** that the parties shall file a joint status report updating the Court as to the status of the defendant's bankruptcy case insofar as that case implicates this civil lawsuit on or before July 7, 2008, and every sixty days thereafter. It is further

**ORDERED** that this case is **ADMINISTRATIVELY CLOSED**.[1]

**SO ORDERED** this 8th day of May, 2008.

REGGIE B. WALTON
United States District Judge

---

[1] The parties may request that the Court administratively re-open the case at any time.