UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEREDITH CORPORATION<br>1716 Locust Street<br>Des Moines, IA 50309-3023<br><br>Plaintiff,<br><br>vs.<br><br>HOME INTERIORS & GIFTS, INC.<br>1649 Frankford Road West<br>Carrollton, TX 75007<br><br>efendant. | CASE NO. 1:08-cv-00257 RBW |

## JOINT STATUS REPORT

On May 8, 2008, this Court entered an order staying this case pursuant to 11 U.S.C. § 362(a)(1) (2000) and requiring the parties to file a joint status report on or before July 7, 2008 and every sixty days thereafter.  Meredith Corporation ("Meredith") and Home Interiors & Gifts, Inc. ("HIG"), by and through their counsel, submit the following Joint Status Report:

1. On April 29, 2008, HIG, along with six other related entities, filed a voluntary Chapter 11 bankruptcy petition with the Court (the "HIG Bankruptcy").

2. Meredith and HIG are parties to two contracts described as follows:  (a) "Meredith Corporation—Home Interiors & Gifts, Inc. Strategic Alliance" (the "License Agreement") and (b) "Home Interiors & Gifts, Inc.—Meredith Corporation Sourcing and Services Agreement" (the "Sourcing and Services Agreement").

3. On May 9, 2008, Meredith filed two separate motions in the HIG Bankruptcy

seeking an order compelling assumption or rejection of the License Agreement and the Sourcing and Services Agreement pursuant to 11 U.S.C. § 365(d)(2) (collectively the "Motions to Compel").

    4.    On May 9, 2008, Meredith also filed an adversary proceeding against HIG, Adversary No. 08-03125-BJH, in the United States Bankruptcy Court for the Northern District of Texas ("Bankruptcy Court").

    5.    On May 12, 2008, Meredith filed an amended adversary complaint against HIG in Adversary No. 08-03125-BJH (the "Adversary").

    6.    On May 12, 2008, Meredith filed an Expedited Motion for Order (1) Scheduling Status Conference and (2) Establishing Certain Deadlines;

    7.    Meredith and HIG have agreed to set a schedule to address certain matters raised by the Motions to Compel, the Adversary and related issues and requested the Bankruptcy Court to enter an agreed order approving their agreed schedule. The Bankruptcy Court entered the requested agreed order, which provided the following schedule:

    a.    that HIG shall have until June 16, 2008 to assume or reject the License Agreement and the Sourcing and Services Agreement (the "Assumption or Rejection Deadline");

    b.    that HIG shall be entitled to a one-time extension of the Assumption or Rejection Deadline regarding the Sourcing and Services Agreement, to be exercised at HIG's sole discretion, until June 25, 2008;

    c.    that Meredith shall file a proof of claim, plus or including any administrative claim it asserts, in the HIG Bankruptcy on or before July 7, 2008 (the "Meredith Claim");

    d.  that HIG shall file any objection to the Meredith Claim for purposes of voting on the Debtor's Plan of Reorganization on or before July 14, 2008;

    e.  that a hearing will be held on August 4, 2008 on any objection filed to the Meredith Claim;

    f.  that a status conference in the Adversary will be held on August 4, 2008 (the "Adversary Status Conference");

    g.  that the Adversary is hereby stayed until the Adversary Status Conference and HIG and Meredith shall not make any filings or take any action in the Adversary until further order of this Court; and

    h.  that any determination regarding the Meredith Claim at the August 4, 2008, hearing shall only be as to eligibility to vote on the Debtor's Plan of Reorganization in an amount determined by the Bankruptcy Court to be proper for the purpose of accepting or rejecting the Debtor's Plan of Reorganization and shall not constitute an adjudication or allowance of the Meredith Claim as all such issues shall be resolved pursuant to the terms of the Debtor's Confirmed Plan of Reorganization, or further agreement of the parties.

  8.  On June 13, 2008, HIG filed and served its Motion for an Order Authorizing the Rejection of Executory Contract with Meredith Corporation of Debtor Home Interiors & Gifts, Inc. (the "Rejection Motion"). HIG's Rejection Motion seeks to reject the License Agreement.

  9.  On June 25, 2008, HIG filed and served its Expedited Motion for an Order Authorizing Assumption of Executory Contract with Meredith Corporation (the "Assumption Motion"). HIG's Assumption Motion seeks to assume the Sourcing and Services Agreement. The Assumption Motion is set for expedited consideration on July 3,

2008.

      10.    Pursuant to this Court's May 8, 2008 Order, the parties will jointly report back within 60 days.

**AGREED AS TO FORM AND SUBSTANCE:**

**Counsel for Meredith Corporation**

*/s/ Michael D. Hays* _
Michael D. Hays
Email: mhays@dowlohnes.com

*/s/ Clifton Jessup* _
Clifton Jessup
Email: cjessup@gtlaw.com

-and-

**Counsel for Defendant Home Interiors & Gifts, Inc.**

*/s/ Martin Lobel* _
Martin Lobel
Email: lobel@lnllaw.com

and

*/s/ Scott M. DeWolf* _
Scott M. DeWolf
Email: sdewolf@rhmlawyers.com