AO 120 (Rev. 3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___for the District of Columbia___ on the following ☐ Patents or   X Trademarks:

| DOCKET NO.<br>08-257 | DATE FILED<br>2/15/08 | U.S. DISTRICT COURT<br>FOR THE DISTRICT OF COLUMBIA |
|---|---|---|
| PLAINTIFF<br><br>**MEREDITH CORPORATION**<br>1716 Locust Street, Des Moines IA 50309-302<br><br>represented by **Michael Dewayne Hays**<br>DOW LOHNES PLLC<br>1200 New Hampshire Avenue, NW<br>Suite 800<br>Washington, DC 20036<br>(202) 776-2711<br>Fax: (202) 776-4711<br>Email: mhays@dlalaw.com | | DEFENDANT<br><br>**HOME INTERIORS & GIFTS, INC.,**<br>1649 Frankford Road West, Carrollton, TX 75007 |

|   | PATENT OR | DATE OF PATENT | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 203,616 | 9/22/1925 | MEREDITH CORPORATION |
| 2 | 721,355 | 9/12/1961 | |
| 3 | 754,656 | 8/13/1963 | |
| 4 | 2802181 | 01/6/04 | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| PATENT OR | DATE OF PATENT | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

AO 120 (Rev. 3/04)

| | |
|---|---|
| FILED 5/8/08 ORDER re Suggestion of Bankruptcy filed by HOME INTERIORS & GIFTS, INC. This case is stayed. The parties shall file a joint status report updating the Court as to the status of the defendant's bankruptcy case insofar as that case implicates this civil lawsuit on or before July 7, 2008, and every sixty days thereafter. This case is administratively closed. Signed by Judge Reggie B. Walton on 5/08/08. (lcrbw3, ) (Entered: 05/08/2008) | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| NANCY MAYER-WHITTINGTON by Joe Burgess | | 8/8/08 |

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**